LAW OFFICES OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
400 Capitol Mall, Suite 963
Sacramento, California 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-8247

Attorney for Defendant
James D. Burke

IN THE UNITED STATES DISTRICT COURT OR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  CR S 05-0365 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | CHANGING MOTION SCHEDULE |
| JAMES D. BURKE, et al. | Date: 10-10-06 |
| Defendant. | Time: 9:30 a.m. |
| | Courtroom: 2 |
| | Honorable FRANK C. DAMRELL JR. |

Defendants James D. Burke and Linda Burke, through their respective counsel of record, Patrick K. Hanly and Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, agree and stipulate that to allow the defense more time to conduct investigation the instant motion schedule shall be modified as follows:  Motions due by 9/11/06, Responses due by 10/9/06, Replies due by 10/30/06 and the hearing shall be set for 11/13/ 2006 at 9:30 a.m[1]

This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of

---

[1] The current motion schedule is as follows: Motions due by 8/7/2006; Responses due by 9/4/2006; Replies due by 9/25/2006; Motion Hearing set for 10/10/2006 at 09:30a.m.

the legal and factual issues, and the need of defense counsel to conduct further investigation. Accordingly, the time between now and the scheduled hearing on the motions, November 10, 2006, should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare. 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) [Local Codes T2/T4].

Dated: July 19, 2006             LAW OFFICES OF PATRICK K. HANLY

                        By: /s/ PATRICK K. HANLY
                            Patrick K. Hanly
                            Attorney for defendant James Burke

                            SEGAL & KIRBY

                        By: /s/ MALCOLM SEGAL
                            MALCOLM SEGAL
                            Attorneys for Defendant Linda Burke

                            UNITED STATES ATTORNEY

                        By: /s/ MATTHEW STEGMAN
                            MATTHEW STEGMAN
                            ASSISTANT U.S. ATTORNEY

     DATED: July 21, 2006

                            /s/ Frank C. Damrell Jr.
                            FRANK C. DAMRELL JR.
                            United States District Judge