MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. BURKE and<br>LINDA M. BURKE,<br><br>Defendants.<br>_____/ | CASE NO.  S-05-CR 00365 FCD<br><br>**AMENDED STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE AND SUBSTITUTING SECURITY FOR APPEARANCE BOND** |

## BACKGROUND

The defendant, Linda Burke, was indicted on September 8, 2005 and was ordered released pending trial on September 16, 2005 on certain terms and conditions which included the execution and filing of an appearance bond in the amount of $100,000.00.  This bond was to be secured by equity in real property located at 7266 Silver Charm Court, Las Vegas, Nevada, and owned in fee simple by the defendant (the "Las Vegas house").

On or about September 16, 2005, Linda Burke filed with this court the required appearance bond and a recorded deed of trust was filed on or about October 26, 2005.

Co-defendant James D. Burke was ordered released pending trial on a complaint filed against him on July 22, 2005 and an indictment filed on September 8, 2005 on

1

certain terms and conditions which included the execution and filing of an appearance bond in the amount of $75,000.00. This bond was secured by equity in real property located at 195 Falls Drive, East Palm Desert, California, currently owned in fee simple by defendant Linda Burke with no liens or mortgages against it (the "Condominium").

James Burke filed with this court the required appearance bond and a recorded deed of trust on the Condominium identifying the Clerk as beneficiary was filed on or about September 1, 2005.

According to public records, the Condominium was purchased in July 2000 for $188,000.00, and, for the 2006 tax year, has been assessed for tax purposes at a value of $209,186.00.

**STIPULATION**

It is hereby stipulated between counsel for Linda Burke and counsel for the government that the terms and conditions of her pretrial release should be modified as follows:

1. The amount of Linda Burke's bond shall remain at $100,000.00, but shall instead be secured by the equity in the Condominium property in order to permit her the opportunity to re-finance the Las Vegas house to obtain funding necessary for her continued defense of this case;

2. That said bond shall be secured by a new, second deed of trust in the amount of $100,000.00 and by any and all remaining equity in the Condominium property;

3. That upon the posting of the new, second deed of trust covering the Condominium property, the Clerk of the court be instructed to reconvey to Linda Burke the interest created by the earlier recording of the deed of trust covering the Las Vegas house.

///
///
///

1 | Dated: February 27, 2008

2 | **SEGAL & KIRBY**

4 | By: /s/ Malcolm S. Segal
MALCOLM S. SEGAL
5 | Counsel for Defendant LINDA M. BURKE

7 | Dated: February 27, 2008

9 | By: /s/ Kyle Reardon
KYLE REARDON
10 | Assistant United States Attorney

11 | **IT IS SO ORDERED.**

12 | Dated:   February 29, 2008.

U.S. MAGISTRATE JUDGE

3