MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LINDA M. BURKE,<br><br>　　　　　Defendant.<br>_____ / | CASE NO.  CR.S-05-0365 FCD<br><br>**AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br>_____ |

　　　The defendant Linda Burke requests that the Judgment and Sentencing currently set for May 10, 2010, be continued to July 19, 2010.

　　　Good cause exists for the continuance. The defendant is expected to testify in the trial of James Burke, which commenced on Tuesday, April 27, 2010.  As is contemplated by the plea agreement in this case, continuing the imposition of defendant Linda Burke's Judgment and Sentencing until after the trial of her co-defendant will provide the Court with a more complete view of the facts in this case, the degree of her cooperation and of her involvement in the matters leading to the filing of the charges against her.

///

**IT IS SO STIPULATED.**

                                          **SEGAL & KIRBY LLP**

Dated: May 5, 2010

By: /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant LINDA M. BURKE

Dated: May 5, 2010

By: /s/ Robin Taylor
Robin Taylor
Assistant United States Attorney
(signed per authorization)

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Judgment and Sentencing set for May 10, 2010 is continued to July 19, 2010, at 10:00 a.m.

Dated: May 5, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE