MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>LINDA M. BURKE,<br><br>             Defendant.<br>_____/ | CASE NO.  CR. S-05-00365 FCD<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br>_____ |

Defendant Linda M. Burke, through her counsel of record, Malcolm Segal, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Kyle Reardon, agree and stipulate that the defendant's Judgment and Sentencing currently set for December 6, 2010, should be continued to February 28, 2011.

Good cause exists for the continuance.  As is contemplated by the plea agreement in this case, continuing the imposition of defendant Linda Burke's Judgment and Sentencing until after the sentencing of her co-defendant, which is currently set for January 10, 2011, will provide the Court with a more complete view of the facts in this case, the degree of her cooperation, and of her involvement in the matters leading to the filing of the charges against her.

**IT IS SO STIPULATED.**

                                    **SEGAL & KIRBY LLP**

Dated: November 30, 2010

By: /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant LINDA M. BURKE

Dated: November 30, 2010

By: /s/ Kyle Reardon
Kyle Reardon
Assistant United States Attorney
(signed per authorization)

### ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Judgment and Sentencing of defendant Linda M. Burke set for December 6, 2010, is continued to February 28, 2011, at 10:00 a.m.

Dated: December 2, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE