MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-05-0365 FCD |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE RE DEFENDANT'S PASSPORT** |
| vs. | |
| LINDA M. BURKE, | |
| Defendant. | |

  The defendant, Linda M. Burke, through her counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney, Kyle Reardon, agree and stipulate that the condition of pre-trial release requiring the defendant to surrender her passport to the Clerk of the Court may be modified to permit the Clerk to release the previously-surrendered passport to counsel for the defendant.

  The defendant's father, who lives in Canada, is currently gravely ill.  The defendant would like to have her passport, which has since expired, returned to her by the Clerk so she can renew it to be able to travel to Canada at a future date should it become necessary to visit with her father. The defendant has consulted with her Pretrial Services Officer, who has expressed no opposition to the Clerk's release of her passport for this purpose, and any future travel outside the United States would remain subject to approval by Pretrial Services and this Court.

1

IT IS SO STIPULATED.

Dated: December 8, 2010         **SEGAL & KIRBY LLP**

By: /s/ James P. Mayo
    JAMES P. MAYO
    Counsel for Defendant
    LINDA M. BURKE

Dated: December 8, 2010

By:/s/ Kyle Reardon
    KYLE REARDON
    Assistant United States Attorney (per authorization)

### ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the condition of pre-trial release requiring the defendant to surrender her passport to the Clerk of the Court is hereby modified to permit the Clerk to release the previously-surrendered passport to counsel for the defendant.

IT IS SO ORDERED.

Dated:   December 9, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE